# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 98-40095-01-GPM |
| TROY L. ASH, | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

On March 6, 2008, Troy Ash filed a motion for retroactive application of sentencing guidelines to crack cocaine offenses pursuant to 18 U.S.C. § 3582 (Doc. 46). The Court appointed counsel to represent Ash on this issue (*see* Doc. 47).

The Bureau of Prisons website, www.bop.gov, reflects that Ash was released from custody on January 9, 2009. Because Ash has already served his original prison sentence, he is not entitled to a sentence reduction. *See United States v. Forman*, 553 F.3d 585, 589 (7th Cir.), *cert. denied sub nom McKnight v. United States*, 129 S.Ct. 1924 (2009).

The Court therefore **DISMISSES** the motion for a sentence reduction (Doc. 46) as moot.

**IT IS SO ORDERED.**

DATED: 6/17/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge